**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>CDW LLC,<br><br>                    Defendants. | Case No. 8:12-cv-1695-ODW(MRWx)<br><br>**ORDER CONTINUING MOTION TO STAY HEARING DATE [22]** |

Defendant's Motion to Stay (ECF No. 22), currently set for January 14, 2013, is hereby **CONTINUED to April 1, 2013**, to coincide with the scheduling conference date.

The Court intends to consolidate all of the *Digitech* matters pending before this Court for discovery purposes only.  Accordingly, the parties shall be prepared at the April 1 scheduling conference to propose and discuss case management options to streamline discovery, including *Markman*.  All parties shall additionally be prepared to discuss (1) the various retailer Defendants' pending motions to stay and (2) any anticipated motions to transfer venue.  To facilitate this discussion, the parties are urged to collaborate in preparation for the scheduling conference.

/ / /

/ / /

Finally, due to space limitations, the Court orders that only the single lead trial counsel in this matter appear for the scheduling conference.

**IT IS SO ORDERED.**

January 2, 2013

_____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**